THE ASSOCIATION OF DRESS MANUFACTURERS, INC., v. LOUIS HYMAN, Individually and as General Manager of the JOINT BOARD OF THE CLOAK, SKIRT, DRESS AND REEFER MAKERS' UNION OF GREATER NEW YORK, an Unincorporated Association, etc., and Others.— Motion denied.  Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS TAYLOR, Otherwise Known as THOMAS ROBERTS.— Motion granted upon condition that the appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on the 4th day of October, 1927.  Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

BENJAMIN SELIGSON and Another v. NATHAN WEISS and Another.— Motion granted upon condition that appellants file an undertaking satisfactory to respondents as security for any amount reasonably recoverable by plaintiffs.  Settle order on notice.  Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

BERNARD KRONTHAL v. GENERAL MOTORS TRUCK COMPANY.— Motion granted. Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

CHARLES A. BISHOP v. WILLIAM RAY GARDINER and Another, Impleaded, etc.— Motion granted.  Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

WILLIAM H. WILLIAMS v. JOHN F. HYLAN, as Mayor of the City of New York, and Others.— Motion granted upon condition that the bonds heretofore given shall cover this injunction to the satisfaction of the attorneys for defendants, together with an additional bond of $1,000.  Settle order on notice.  Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

DORA KALFUS v. DAVID BERMAN.— Motion denied, with ten dollars costs, no attempt being made to show any merit in the appeal.  Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

SAMUEL SULTAN v. JULIUS CORN.— Motion granted, and the order of this court, entered on the 14th day of April, 1927, dismissing defendant's appeal from said judgment, vacated, upon condition that defendant file a proper undertaking, approved by a justice of the Supreme Court, to secure payment of the judgment in the event of affirmance, and upon the further condition that appellant's points be filed on or before August 15, 1927.  Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

JULIA L. FRIEDE and Another, as Executors, etc., and Another, v. THE NATIONAL CITY BANK OF NEW YORK.— Motion granted.  Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS SMERLING.— Motion granted so far as to extend defendant's time to file the record on appeal and appellant's points up to and including September 15, 1927.  Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of SARAH A. DELMAR, Deceased.— Motion granted.  Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.

ISIDOR GOLDSTEIN v. HERMAN HARJES.— Motion granted.  Present — Finch, McAvoy, Martin, O'Malley and Proskauer, JJ.